# Exhibit A



# Notice of Service of Process

null / ALL
**Transmittal Number: 24754451**
Date Processed: 04/12/2022

| | |
|---|---|
| **Primary Contact:** | Samantha Hollister<br>Osmose Utilities Services, Inc.<br>635 Hwy 74 S.<br>Peachtree City, GA 30269-3003 |
| **Electronic copy provided to:** | Peyton Groves<br>Ashley Moss<br>John Rigney |
| **Entity:** | Osmose Utilities Services, Inc.<br>Entity ID Number  3497270 |
| **Entity Served:** | Osmose Utilities Services, Inc. |
| **Title of Action:** | Nathan Wambeke vs. Osmose Utilities Services, Inc. |
| **Matter Name/ID:** | Nathan Wambeke vs. Osmose Utilities Services, Inc. (12183678) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Wrongful Termination |
| **Court/Agency:** | Knox County Superior Court, IN |
| **Case/Reference No:** | 42C01-2204-PL-000015 |
| **Jurisdiction Served:** | Indiana |
| **Date Served on CSC:** | 04/08/2022 |
| **Answer or Appearance Due:** | 23 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | John H. Haskin & Associates<br>317-955-9500 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Filed: 4/4/2022 3:55 PM
Clerk
Knox County, Indiana

Knox Circuit Court

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE KNOX COUNTY SUPERIOR COURT |
| | )SS: | CIVIL DIVISION |
| COUNTY OF KNOX | ) | CAUSE NO: 42C01-2204-PL-000015 |

NATHAN WAMBEKE, )
)
      Plaintiff, )
)
v. )
)
OSMOSE UTILITIES SERVICES, INC., )
)
      Defendant. )

# SUMMONS

**TO DEFENDANT:**    Osmose Utilities Services, Inc.
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

    You are hereby notified that you have been sued by the person named as plaintiff and in the Court indicated above.

    The nature of the suit against you is stated in the complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the plaintiff.

    An answer or other appropriate response in writing to the complaint must be filed either by your or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received my mail), or a judgment by default may be rendered against you for the relief demanded by plaintiff.

    If you have a claim for relief against the plaintiff arising from the same transaction or occurrence, you must assert it in your written answer.

    If you need the name of an attorney, you may contact the Indianapolis Bar Association Lawyer Referral Service (269-2222) or the Marion County Bar Association Lawyer Referral Service (634-3950).

Dated __4/5/2022__        _David Shelton_ (Seal)
                                                          Clerk, Knox County Superior Court

(The following manner of service of summons is hereby designated.)

  __X__ Registered or certified mail.

John H. Haskin (7576-49)        JOHN H. HASKIN & ASSOCIATES
Keenan D. Wilson (32195-49)     255 North Alabama Street, 2ND Floor
                                            Indianapolis, IN 46204
Attorneys for Plaintiff             Tel:     317-955-9500   Fax:     317-955-2570

## SHERIFF'S RETURN ON SERVICE OF SUMMONS

I hereby certify that I have served this summons on the _____ day _____, 2022:

(1) By delivering a copy of the Summons and a copy of the complaint to:
_____

(2) By leaving a copy of the Summons and a copy of the complaint at: _____
_____, which is
the usual address of _____, and by mailing a copy of the Summons to:
_____ at the
above address.

(3) Other Service or Remarks: _____

_____ Sheriff of _____ County
Sheriff's Costs
        By: _____
                Deputy

## CLERK'S CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 2022, I mailed a copy of this summons and a copy of the complaint to the registered agent for defendant, _____, by Certified Mail, Return Receipt Requested, at the address furnished by the plaintiff.

Dated: _____

                                        _____ County Clerk
                            By: _____
                                      Deputy

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that:

_____ (1) The Summons and a copy of the complaint mailed to the registered agent for defendant, _____, was accepted by the registered agent for defendant on _____.

_____ (2) The attached return receipt was received by me showing that the Summons and a copy of the complaint mailed to the registered agent for defendant, _____, was accepted by _____ on behalf of said registered agent for defendant on _____.

_____ (3) The attached return receipt was received by me showing that the Summons and a copy of the complaint was return not accepted on _____.

_____ County Clerk
                            By: _____
                                      Deputy

Filed: 4/4/2022 3:55 PM
Clerk
Knox Circuit Court
Knox County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE KNOX COUNTY SUPERIOR COURT |
| | )SS: | CIVIL DIVISION |
| COUNTY OF KNOX | ) | CAUSE NO: 42C01-2204-PL-000015 |

NATHAN WAMBEKE, )
)
    Plaintiff, )
)
v. )
)
OSMOSE UTILITIES SERVICES, INC., )
)
    Defendant. )

## COMPLAINT AND DEMAND FOR JURY TRIAL

1. Plaintiff, Nathan Wambeke ("Wambeke"), brings this action against Defendant, Osmose Utilities Services, Inc. ("Defendant"), for unlawfully violating his rights as protected by Indiana common law.

## PARTIES

2. Wambeke is a resident of Illinois that performed the majority of his services as an employee of Defendant in or around Knox County, IN.

3. Defendant is a corporation doing business within Knox County, Indiana.

## JURISDICTION AND VENUE

4. This Court has jurisdiction over Wambeke's Indiana common law claim.

5. Venue is proper in this Court.

## FACTUAL ALLEGATIONS

6. Wambeke was employed as a Quality Control Foreman. Wambeke's position required him to travel but Wambeke performed the majority of his work in Indiana and was based out of Vincennes, Indiana.

7. Defendant contracts with utilities such as Duke Energy to perform maintenance on their infrastructure, primarily power lines.

8. Wambeke's position required that he inspect and monitor work on power lines to ensure they were maintained at the statutorily required level.

9. Wambeke began to notice deficiencies in Defendant's work. For example, Wambeke noticed that certain power line poles were rotted beyond the amount allowed under law.

10. Wambeke informed his supervisor regarding this issue. Wambeke was asked to record that the problems were not present.

11. Wambeke refused to record inaccurate information related to these violations as it would have been in violation of Indiana law and he would could have suffered individual criminal liability including, but not limited to, charges under Ind. Code 35-4-3-5-3.

12. From that moment on, Wambeke was treated more poorly by his supervisor. Shortly thereafter, Wambeke was terminated, allegedly for "quality" concerns.

13. Defendant's stated reason for Wambeke's termination was pretext.

14. Defendant fired Wambeke because he refused to engage in an illegal act for which he could have been held personally and/or criminally liable.

15. All reasons proffered by Defendant for adverse actions taken by it regarding Wambeke's employment are pretextual.

16. Wambeke has suffered injury as a result of Defendant's unlawful actions, including, but not limited to, lost wages, inconvenience, humiliation, embarrassment, anger, disgust, frustration, and similar emotions as a result of its unlawful acts.

## RETALIATION – INDIANA COMMON LAW

17. Wambeke hereby incorporates paragraphs 1-16 of his Complaint.

18. Wambeke refused to commit an illegal act for which he could have been held personally and/or criminally liable.

19. Defendant fired Wambeke because he refused to engage in an illegal act for which he could have been held personally and/or criminally liable.

20. Defendant's unlawful actions were intentional, willful, and done in reckless disregard of Wambeke's rights as protected by Indiana common law pursuant to *McClanahan v. Remington Freight Lines, Inc.*, 517 N.E.2d 390, 393 (Ind. 1988).

## REQUESTED RELIEF

WHEREFORE, Plaintiff, Nathan Wambeke, by counsel, respectfully requests that this Court find for him and order that:

1. Defendant reinstate Wambeke to the same position, salary, and seniority, or pay front pay and benefits to him in lieu of reinstatement;

2. Defendant pay lost wages and benefits to Wambeke;

3. Defendant pay compensatory and punitive damages to Wambeke;

4. Defendant pay pre- and post-judgment interest to Wambeke; and

5. Defendant pay to Wambeke any and all other legal and/or equitable damages that this Court determines appropriate and just to grant.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Keenan D. Wilson*
Keenan D. Wilson, Attorney No. 32195-49
Attorneys for Plaintiff, Nathan Wambeke

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, Indiana 46204
Telephone:  (317)955-9500
Facsimile:  (317)955-2570
Email:  jhaskin@jhaskinlaw.com
Email:  kwilson@jhaskinlaw.com

## DEMAND FOR JURY TRIAL

Plaintiff, Nathan Wambeke, by counsel, respectfully requests a jury trial for all issues deemed triable.

Respectfully submitted,

*s/ John H. Haskin*
John H. Haskin, Attorney No. 7576-49

*s/ Keenan D. Wilson*
Keenan D. Wilson, Attorney No. 32195-49

JOHN H. HASKIN & ASSOCIATES
255 North Alabama Street, 2nd Floor
Indianapolis, IN 46204



9489 0090 0027 6350 9240 47

Osmose Utilities Services, Inc.
c/o Corporation Service Company
135 North Pennsylvania Street, Suite 1610
Indianapolis, IN 46204

46204-244810